# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET GOSSETT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ARS NATIONAL SERVICES INC.; and DOE 1-5, | ) Civil Action No. 3:14-cv-05207-RBL ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that plaintiff Margaret Gossett and defendant ARS National Services Inc. have reached a settlement in the above-captioned case. Plaintiff expects the settlement to be consummated by June 14, 2014, at which time Plaintiff expects to file a voluntary dismissal of the entire action.

Date: May 14, 2014

                                                          s/James A. Jones
                                                        _____
                                                         JAMES A. JONES (Bar # 33115)
                                                         Attorney for Plaintiff Margaret Gossett
                                                         (Of counsel for Centennial Law Offices)
                                                         950 Pacific Avenue Suite 1050
                                                         Tacoma, WA 98402
                                                         jjones@turnbullborn.com
                                                         Phone: 253-383-7058
                                                         Fax: 253-572-7220