UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARGARET GOSSETT,<br><br>      Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES INC.;<br>and DOE 1-5,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:14-cv-05207-RBL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that plaintiff Margaret Gossett and defendant ARS National Services Inc. have reached a settlement in the above-captioned case. Plaintiff voluntarily dismisses the entire action with prejudice.

Date: June 25, 2014

                                                s/James A. Jones
                                                _____
                                                JAMES A. JONES (Bar # 33115)
                                                Attorney for Plaintiff Margaret Gossett
                                                (Of counsel for Centennial Law Offices)
                                                950 Pacific Avenue Suite 1050
                                                Tacoma, WA 98402
                                                jjones@turnbullborn.com
                                                Phone: 253-383-7058
                                                Fax: 253-572-7220

1